UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 15-03922 DDP (AJWx)                                          Dated: July 9, 2015

Title:   H. JAMES TAPIA -v- WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORPORATION, a North Carolina financial institution; NDEX WEST, LLC, a Minnesota limited liability; REGIONAL TRUSTEE SERVICES CORPORATION, a California financial institution
=========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>Joseph Remigio</u>                                                                  <u>None Present</u>
Courtroom Deputy                                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                       None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)

   The hearing on the Motion to Dismiss [8] and Motion to Remand [14], set for July 13, 2015, at 10:00 a.m., is hereby taken OFF-CALENDAR. The motions are suitable for decision without oral argument and stand SUBMITTED (L.R. 7-15). No appearance necessary on July 13, 2015. The Court's ruling/s will issue.

MINUTES FORM 11                                                          Initials of Deputy Clerk   JRE
CIVIL -- GEN